```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Greg Schillinger

    v.                                                             Case No. 21-cv-135-PB

NH State Prison

## ORDER

After reviewing the notification to the court filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated April 8, 2021, dismiss this § 2241 petition without prejudice and decline to issue a certificate of appealability.

                                                                     /s/Paul Barbadoro
                                                                     Paul Barbadoro
                                                                     United States District Judge

Date: July 6, 2021

cc: Counsel of Record